# EXHIBIT 2



August 28, 2018

Jeff Huff                                           *Via Email jhuff@alfcapital.com*
American Law Firm Funding, LLC
17700 N. Pacesetter Way, Ste. 104
Scottsdale, AZ   85255

**Re:   Proposal**

Dear Jeff:

I have a temporary resolution since I know your people get very nervous.  Let's agree that we will pay $500,000 a month on principal plus the monthly interest.  First payment due October 1st.  We will clear the obligation by September, 2019.

With kind regards,

THOMAS V. GIRARDI

TVG:sf