# EXHIBIT 3

# STILLWELL MADISON, LLC

**Jay Holland**
Managing Member

August 30, 2018

*Via Email*

Thomas Girardi
Girardi | Keese, Lawyers
1126 Wilshire Boulveard
Los Angeles, CA 90017-1904

**Re:   Proposal**

Dear Mr. Girardi:

Stillwell Madison, L.L.C. accepts your proposed payment schedule of paying monthly interest and a monthly $500,000.00 principal payment, starting October 1st, 2018 and continuing until the obligation is cleared.

Thank you for your attention to this matter.

Sincerely,

Jay Holland
Managing Member
Stillwell Madison, L.L.C.