Laura Sixkiller (Bar No. AZ-022014)
laura.sixkiller@us.dlapiper.com
Kate L. Benveniste (Bar No. AZ-027284)
kate.benveniste@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101
DLAPHX@dlapiper.com

*Attorneys for Plaintiff*
*Stillwell Madison, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>  v.<br><br>Girardi & Keese, a California general partnership d/b/a Girardi/Keese; Thomas V. Girardi, and Erika N. Girardi, husband and wife,<br><br>          Defendants. | CASE NO.<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff Stillwell Madison, LLC in compliance with the provisions of: *(check one)*

__X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed.*)

_____Relationship_____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

____ Other (please explain)

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: May 24, 2019                **DLA PIPER LLP (US)**

By: *s/ Laura Sixkiller*
    LAURA SIXKILLER
    laura.sixkiller@us.dlapiper.com
    KATE L. BENVENISTE
    kate.benveniste@us.dlapiper.com
    2525 East Camelback Road, Suite 1000
    Phoenix, Arizona 85016-4232
    Tel: 480.606.5100
    Fax: 480.606.5101

    *Attorneys for Plaintiff
    Stillwell Madison, LLC*