Laura Sixkiller (Bar No. AZ-022014)
laura.sixkiller@us.dlapiper.com
Kate L. Benveniste (Bar No. AZ-027284)
kate.benveniste@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101
dlaphx@dlapiper.com

*Attorneys for Plaintiff*
*Stillwell Madison, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Girardi & Keese, et al.,<br><br>　　　　　Defendants. | CASE NO. CV-19-03563-PHX-SPL<br><br>**ACCEPTANCE OF SERVICE** |

The undersigned represents to Plaintiff and the Court that he is authorized to accept service on behalf of defendants Girardi & Keese and Erika N. Girardi, and does hereby acknowledge service of the Summons and the Complaint in the above-captioned action as if the same had been personally served on Girardi & Keese, Erika N. Girardi, and Thomas V. Girardi on this date.

Dated: July 17, 2019

**THOMAS V. GIRARDI**

By: _____
Thomas V. Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 262-6777

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2019, I electronically filed the attached Acceptance of Service with the Clerk's Office using the CM/ECF System.

I further certify that on July 22, 2019, I served the attached Acceptance of Service by U.S. mail and email on the following, who are not registered participants of the CM/ECF System:

>Girardi & Keese d/b/a Girardi/Keese
>1126 Wilshire Boulevard
>Los Angeles, CA  90017
>tgirardi@girardikeese.com
>
>Thomas V. Girardi
>100 Los Altos Drive
>Pasadena, CA  91105
>tgirardi@girardikeese.com
>
>Erika N. Girardi
>100 Los Altos Drive
>Pasadena, CA  91105
>tgirardi@girardikeese.com

*s/ Stephanie Havell*