| | |
|---|---|
| 1 | ROBERT C. BAKER, CA BAR ID #49255 |
| | rbaker@bknlawyers.com |
| 2 | BAKER, KEENER & NAHRA, LLP |
| | 633 West 5th Street |
| 3 | Suite 5500 |
| | Los Angeles, California 90071 |
| 4 | Telephone: (213) 241-0900 |
| | Facsimile:  (213) 241-0990 |
| 5 | |
| 6 | Attorneys for Defendants |
| | GIRARDI | KEESE |
| 7 | THOMAS V. GIRARDI |
| | ERIKA N. GIRARDI |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison, LLC, a Delaware limited liability company, | Case No.:   CV-19-03563-PHX-SPL |
| Plaintiff, | Complaint filed:   05-24-2019 |
| vs. | **CERTIFICATION OF CONFERRAL re: MOTION TO DISMISS AND COMPEL ARBITRATION BY DEFENDANTS** |
| Girardi & Keese, a California general partnership d/b/a Girardi/Keese, Thomas V. Girardi, and Erika N. Girardi, husband and wife, | [Filed concurrently with Defendants' Motion to Dismiss and Compel Arbitration and [Proposed] Order] |
| Defendants. | **DATE:** To Be Set By Judge |
| | **TIME:**  To Be Set By Judge |
| | **CTRM:  501** |
| | **JUDGE:  HON. STEVEN P. LOGAN** |

///
///
///
///
///
///
///

242-3777-0011

**CERTIFICATION OF CONFERRAL re:
DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION**

Pursuant to this Court's October 23, 2018 Order, undersigned counsel certifies that counsel for Defendants has attempted to meet and confer with Plaintiff's counsel concerning the arguments raised in the Defendants' Motion to Dismiss and Compel Arbitration.

DATED:  August 7, 2019   BAKER, KEENER & NAHRA, LLP

By  /S/ ROBERT C. BAKER
 ROBERT C. BAKER
BAKER, KEENER & NAHRA, LLP
633 West 5th Street, Suite 5500
Los Angeles, California 90071
Telephone: (213) 241-0900
Facsimile:  (213) 241-0990

Attorneys for Defendants
GIRARDI | KEESE, THOMAS V. GIRARDI and ERIKA GIRARDI

242-3777-0011

- 2 -

**CERTIFICATION OF CONFERRAL re:
DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION**

# CERTIFICATE OF SERVICE

*Stillwell Madison, LLC v. Girardi & Keese, et al.*
USDC – Arizona (Phoenix), Case No.: CV-19-03563-PHX-SPL

I hereby certify that on **August 7, 2019**, I electronically filed the attached document entitled: **CERTIFICATION OF CONFERRAL RE: DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION** with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Laura E. Sixkiller, Esq.
Katherine L. Benveniste, Esq.
DLA Piper LLP (US)
2525 E. Camelback Road, Suite 1000
Phoenix, AZ 85016
laura.sixkiller@dlapiper.com
kate.benveniste@dlapiper.com
*Attorneys for Plaintiff*

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

                    */S/ ROBERT C. BAKER*
                    ROBERT C. BAKER

242-3777-0011

**CERTIFICATION OF CONFERRAL re:
DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION**