Laura Sixkiller (Bar No. AZ-022014)
laura.sixkiller@us.dlapiper.com
Kate L. Benveniste (Bar No. AZ-027284)
kate.benveniste@us.dlapiper.com
David Onuschak (Bar No. AZ-033405)
david.onuschak@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Plaintiff*
*Stillwell Madison, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stillwell Madison, LLC, | CASE NO. CV-19-03563-PHX-SPL |
| Plaintiff, | **NOTICE OF SERVICE** |
| v. | |
| Girardi & Keese, et al., | |
| Defendants. | |

Pursuant to the Court's Preliminary Order (Doc. 7), Plaintiff Stillwell Madison, LLC, provides notice that Defendants, through personal service on Defendant Thomas V. Girardi, were served with a copy of the Court's Preliminary Order, General Order 17-08 (Doc. 5) and the MIDP Checklist (Doc. 5), along with a copy of the Complaint, on July 9, 2019.[1]

///

///

///

---

[1] Mr. Girardi subsequently executed an acceptance of service of the summonses and complaint on behalf of all Defendants on July 17, 2019. (Doc. 8.)

| | | |
|---|---|---|
| 1 | Dated: September 27, 2019 | **DLA PIPER LLP (US)** |
| 2 | | |
| 3 | | By: *s/ Kate L. Benveniste* |
| | |    LAURA SIXKILLER |
| 4 | |    laura.sixkiller@us.dlapiper.com |
| 5 | |    KATE L. BENVENISTE |
| | |    kate.benvensite@us.dlapiper.com |
| 6 | |    DAVID ONUSCHAK |
| 7 | |    david.onuschak@us.dlapiper.com |
| | |    2525 East Camelback Road, Suite 1000 |
| 8 | |    Phoenix, Arizona 85016-4232 |
| | |    Tel: 480.606.5100 |
| | |    Fax: 480.606.5101 |

*Attorneys for Plaintiff*
*Stillwell Madison, LLC*

DLA Piper LLP (US)
Phoenix, Arizona

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2019, I electronically filed the attached document to the Clerk's Office using the CM/ECF System, and a copy will be electronically served on CM/ECF registrants in this action.

>Patrick J. McGroder III
>BEUS GILBERT PLLC
>701 North 44th Street
>Phoenix, Arizona 85008
>P3@beusgilbert.com
>
>Robert C. Baker (*Pro Hac Vice*)
>BAKER, KEENER & NAHRA, LLP
>633 West 5th Street, Suite 5500
>Los Angeles, California 90071
>rbaker@bknlawyers.com
>
>*Attorneys for Defendants*

                                                 *s/ Tammy Lockard*

DLA Piper LLP (US)
Phoenix, Arizona