**BEUS GILBERT MCGRODER PLLC**
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000

Patrick J. McGroder III 002598/P3@beusgilbert.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison, LLC, | Case No.: CV-19-03563-PHX-SPL |
| Plaintiff, | **DEFENDANTS' NOTICE OF ASSOCIATION OF COUNSEL** |
| vs. | |
| Girardi & Keese, et al, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 83.3(b), that Patrick J. McGroder, III, Beus Gilbert McGroder PLLC, 701 North 44th Street, Phoenix, Arizona 85008-6504, hereby associates as counsel with Phillip A. Baker, of Baker, Keener & Nahra, LLP, on behalf of Defendants Girardi & Keese, Thomas V. Girardi, and Erika N. Girardi in the above-captioned case. (It is now undersigned counsel's understanding that Robert C. Baker will not be applying for pro hac vice admission, and that the matter will be handled by Phillip A. Baker.)

All pleadings and other papers served on Defendants should also be directed to the attention of Patrick J. McGroder, III at:

> Beus Gilbert McGroder, PLLC
> 701 North 44th Street
> Phoenix, Arizona 85008-6504
> Telephone: (480) 429-3031
> p3@beusgilbert.com

Please continue to serve all other parties of record in this action with all communications and filings.

DATED: January 22, 2020                    BEUS GILBERT MCGRODER, PLLC

                                  By:    /s/ Patrick J. McGroder III

                                         Patrick J. McGroder, III
                                         Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Deborah A. Francis