PHILLIP A. BAKER, CA BAR NO. #169571 (Admitted *Pro Hac Vice* 9-11-19)
rbaker@bknlawyers.com
BAKER, KEENER & NAHRA, LLP
633 West 5th Street
Suite 5500
Los Angeles, California 90071
Telephone: (213) 241-0900
Facsimile: (213) 241-0990

PATRICK J. McGRODER, III, AZ BAR NO. 002598
p3@beusgilbert.com
BEUS GILBERT, PLLC
701 N. 44th Street
Phoenix, Arizona 85008
Telephone: (480) 429-3000
Facsimile: (480) 429-3100

Attorneys for Defendants
GIRARDI | KEESE
THOMAS V. GIRARDI
ERIKA N. GIRARDI

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Girardi & Keese, a California general partnership d/b/a Girardi/Keese, Thomas V. Girardi, and Erika N. Girardi, husband and wife,<br><br>　　　　Defendants. | Case No.: CV-19-03563-PHX-SPL<br><br>Complaint filed: 05-24-2019<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL, ROBERT C. BAKER** |

///
///
///
///
///
///
///

242-3777-0011

- 1 -

**NOTICE OF WITHDRAWAL OF COUNSEL, ROBERT C. BAKER**

1  **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**
2  **HEREIN:**
3      The Court and all parties through their counsel of record, are notified of the withdrawal
4  of Robert C. Baker from this matter.  Defendants will be represented by counsel, Phillip A.
5  Baker (admitted *Pro Hac Vice* on September 11, 2019) and Patrick J. McGroder III who filed a
6  Defendants' Notice of Association of Counsel on January 22, 2019 [Doc. 15].

8  DATED:  January 23, 2020          **BAKER, KEENER & NAHRA, LLP**

9                                            By  */S/ PHILLIP A. BAKER*
10                                                 PHILLIP A. BAKER
                                        BAKER, KEENER & NAHRA, LLP
11                                         633 West 5th Street, Suite 5500
                                        Los Angeles, California 90071
12                                         Telephone:  (213) 241-0900
                                        Facsimile:  (213) 241-0990

13                                         Attorneys for Defendants
                                        GIRARDI | KEESE, THOMAS V. GIRARDI and
14                                         ERIKA GIRARDI

16                                         **BEUS GILBERT, PLLC**

17                                         *By  /S/ PATRICK J. McGRODER III*
                                        PATRICK J. McGRODER III
                                        BEUS GLIBLERT, PLLC
18                                         701 N. 44th Street
                                        Phoenix, Arizona 85008
19                                         Telephone: (480) 429-3000
                                        Facsimile:  (480) 429-3100

20                                         Attorneys for Defendants
21                                         GIRARDI | KEESE, THOMAS V. GIRARDI and
                                        ERIKA GIRARDI

242-3777-0011

**NOTICE OF WITHDRAWAL OF COUNSEL, ROBERT C. BAKER**

# CERTIFICATE OF SERVICE

***Stillwell Madison, LLC v. Girardi & Keese, et al.***
**USDC – Arizona (Phoenix), Case No.: CV-19-03563-PHX-SPL**

I hereby certify that on **January 23, 2020**, I electronically filed the attached document entitled: **NOTICE OF WITHDRAWAL OF COUNSEL, ROBERT C. BAKER** with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Laura E. Sixkiller, Esq.<br>Katherine L. Benveniste, Esq.<br>DLA Piper LLP (US)<br>2525 E. Camelback Road, Suite 1000<br>Phoenix, AZ 85016<br>laura.sixkiller@dlapiper.com<br>kate.benveniste@dlapiper.com | Counsel for Plaintiff |
| Patrick J. McGroder, III<br>BEAUS GILBERT PLLC<br>701 N. 44th Street<br>Phoenix, AZ 85008<br>P3@buesgilbert.com | Co-Counsel for Defendants |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

                                      */S/ PHILLIP A. BAKER*
                                      PHILLIP A. BAKER