1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Laura Sixkiller (Bar No. AZ-022014)
laura.sixkiller@us.dlapiper.com
Kate L. Benveniste (Bar No. AZ-027284)
kate.benveniste@us.dlapiper.com
David Onuschak (Bar No. AZ-033405)
david.onuschak@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Plaintiff*
*Stillwell Madison, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> Girardi & Keese, a California general partnership d/b/a Girard/Keese; and Thomas V. Girardi & Jane Doe Girardi, husband and wife, <br><br> Defendants. | CASE NO. CV-19-03563-PHX-SPL <br><br> **PLAINTIFF'S NOTICE OF CONSENT TO ARBITRATION AND REQUEST TO STAY PROCEEDINGS** |

Pursuant to A.R.S. § 12-3007 and 9 U.S.C. § 3, Plaintiff Stillwell Madison, LLC ("Stillwell") notifies the Court and the parties of Stillwell's consent to arbitrate (but not dismiss) the claims asserted in its Complaint (Doc. 1), and requests the Court enter a stay of the proceedings in this action pending such arbitration.

Defendants first moved to compel arbitration of this action on August 7, 2019. (Doc. 9 ["First Motion to Compel"].)  Rather than engage in a meaningful meet and confer prior to filing the First Motion to Compel to discuss the issues they planned to raise, Defendants merely

1   sent Stillwell a request to dismiss this case and "proceed to arbitration." (*See* Doc. 11 at 5

2   n.3.)

3      On November 6, 2019, while Defendants' First Motion to Compel was pending,

4   Stillwell proposed (without conceding its position asserted in its Response to the First

5   Motion to Compel [Doc. 11]), to stay its fraud claims and arbitrate its contract claims

6   through JAMS using JAMS' Expedited Procedures.  Defendants initially responded that

7   they "agree[] to an arbitration with JAMS."  Later that day, Defendants clarified they "agree

8   to a mediation with JAMS, not an arbitration with JAMS."  Notwithstanding Defendants'

9   inexplicable refusal to arbitrate—and arguable waiver of any such right as a result—Stillwell

10  participated in a JAMS mediation with Defendants in good faith in December 2019.  The

11  mediation was ultimately unsuccessful.

12     On January 13, 2020, the Court denied Defendants' First Motion to Compel without

13  prejudice.  (Doc. 14).  Defendants filed a Renewed Motion to Dismiss and Compel

14  Arbitration on January 24, 2020.  (Doc. 17 ["Second Motion to Compel"].)  Although

15  Defendants attached a new certification of conferral to the Second Motion to Compel, the

16  certification misleadingly suggests that Defendants conferred with Stillwell regarding the

17  Second Motion to Compel, when in fact, they did not.  (*See* Doc. 17-1 [Certification of

18  Conferral re: <u>Renewed</u> Motion to Dismiss and Compel by Defendants].)  No contact was

19  made at all.

20     Setting aside Defendants' cavalier attention to this Court's rules, and even though

21  Stillwell maintains the substantive arguments raised in opposition to the First Motion to

22  Compel are equally valid and support denial of the Second Motion to Compel, for reasons

23  related to economy of party and judicial resources, Stillwell consents to arbitrate the claims

24  asserted herein.  Accordingly, and in line with Ninth Circuit precedent, Stillwell respectfully

25  requests the Court <u>stay</u> this action pending arbitration, following which Stillwell plans to

26  seek confirmation from this Court of any arbitral award. *See MediVas, LLC v. Marubeni*

27  *Corp.*, 741 F.3d 4, 9 (9th Cir. 2014) (noting the Ninth Circuit's preference for "staying an

28

action pending arbitration rather than dismissing it" (citing *Bushley v. Credit Suisse First Bos.*, 360 F.3d 1149, 1153 n. 1 (9th Cir. 2004))).

Dated: February 6, 2020          **DLA PIPER LLP (US)**

By: *s/ Kate L. Benveniste*
     LAURA SIXKILLER
     laura.sixkiller@us.dlapiper.com
     KATE L. BENVENISTE
     kate.benvensite@us.dlapiper.com
     DAVID ONUSCHAK
     david.onuschak@us.dlapiper.com
     2525 East Camelback Road, Suite 1000
     Phoenix, Arizona 85016-4232
     Tel:  480.606.5100
     Fax: 480.606.5101

     *Attorneys for Plaintiff*
     *Stillwell Madison, LLC*

DLA Piper LLP (US)
Phoenix, Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2020, I electronically filed the attached document in the Clerk's Office using the CM/ECF System, and a copy will be electronically served on CM/ECF registrants in this action.

Patrick J. McGroder III
BEUS GILBERT PLLC
701 North 44th Street
Phoenix, Arizona 85008
P3@beusgilbert.com

Robert C. Baker (*Pro Hac Vice*)
BAKER, KEENER & NAHRA, LLP
633 West 5th Street, Suite 5500
Los Angeles, California 90071
rbaker@bknlawyers.com

*Counsel for Defendants*

s/ Stephanie Havell