PHILLIP A BAKER, CA BAR NO. #169571 (Admitted *Pro Hac Vice* 9-11-19)
pbaker@bknlawyers.com
BAKER, KEENER & NAHRA, LLP
633 West 5th Street
Suite 5500
Los Angeles, California 90071
Telephone: (213) 241-0900
Facsimile: (213) 241-0990

PAT McGRODER, III
p3@beusgilbert.com
BEUS GILBERT, PLLC
701 N. 44TH ST.
Phoenix, Arizona 85008
Telephone: (480) 429-3000
Facsimile: (480) 429-3100

Attorneys for Defendants
GIRARDI | KEESE
THOMAS V. GIRARDI
ERIKA N. GIRARDI

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>Girardi & Keese, a California general partnership d/b/a Girardi/Keese, Thomas V. Girardi, and Erika N. Girardi, husband and wife,<br><br>    Defendants. | Case No.: CV-19-03563-PHX-SPL<br><br>Complaint filed: 05-24-2019<br><br>**REPLY BRIEF IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO DISMISS AND COMPEL ARBITRATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[*Filed concurrently with [Proposed] Order and Certification of Conferral*]<br><br>**DATE: To Be Set By Judge<br>TIME: To Be Set By Judge<br>CTRM: 501**<br><br>**JUDGE: HON. STEVEN P. LOGAN** |

///

///

///

242-3777-0011

**REPLY BRIEF IN SUPPORT OF DEFENDANTS RENEWED MOTION TO DISMISS & COMPEL ARBITRATION**

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:**

**COMES NOW** Defendants, GIRARDI│KEESE, THOMAS V. GIRARDI and ERIKA N. GIRARDI (sued herein as Girardi & Keese, a California general partnership d/b/a Girardi/Keese, Thomas V. Girardi, and Erika N. Girardi, husband and wife) (hereinafter "Defendants") submit this Reply Brief in support of their Renewed Motion to Dismiss the current action and Compel Arbitration of the current dispute.

DATED: February 11, 2020

**BAKER, KEENER & NAHRA, LLP**

By  */S/ PHILLIP A. BAKER*
       PHILLIP A. BAKER
BAKER, KEENER & NAHRA, LLP
633 West 5th Street, Suite 5500
Los Angeles, California 90071
Telephone: (213) 241-0900
Facsimile: (213) 241-0990

Attorneys for Defendants
GIRARDI│KEESE, THOMAS V. GIRARDI and ERIKA GIRARDI

**BEUS GILBERT, PLLC**

*By  /S/ PATRICK J. McGRODER III*
       PATRICK J. McGRODER III
BEUS GLIBLERT, PLLC
701 N. 44th Street
Phoenix, Arizona 85008
Telephone: (480) 429-3000
Facsimile: (480) 429-3100

Attorneys for Defendants
GIRARDI│KEESE, THOMAS V. GIRARDI and ERIKA GIRARDI

242-3777-0011

- 2 -

**REPLY BRIEF IN SUPPORT OF DEFENDANTS RENEWED
MOTION TO DISMISS & COMPEL ARBITRATION**

# MEMORANDUM OF POINTS AND AUHTORITIES

## 1. INTRODUCTION.

Plaintiffs have finally stopped ignoring the agreement they authored and signed. The current alleged breach of contract was filed in this Court to attempt to embarrass the Defendants GIRARDI│KEESE, THOMAS V. GIRARDI and ERIKA N. GIRARDI (sued herein as Girardi & Keese, a California general partnership d/b/a Girardi/Keese, Thomas V. Girardi, and Erika N. Girardi, husband and wife) (hereinafter "Defendants"). Publicity appeared to follow the filing of the Complaint and this Court's original denial of the motion to compel arbitration. However, now Plaintiff has belatedly agreed to arbitration and Defendants would request the Court order as such.

## 2. AS CONSENT HAS BEEN GRANTED BY PLAINTIFF, ARBITRATION SHOULD BE COMPELLED UNDER THE LOAN AGREEMENT.

The current action arises from payment claimed due and owing on the Loan Agreement and subsequent attempts refinance payment on the Loan Agreement. The Loan Agreement controls, and Paragraph 15 demonstrates the scope of the arbitration provision which covers:

> "**Any and all claims, counterclaims, demands, causes of action, disputes, or controversies under this Agreement or the alleged breach of any provision hereof** (all of which are referred to as 'Disputed Claims'), whether such Disputed Claims arise at law or in equity, under US state or federal law, or the law of any other nation or state, for damages or for any other relief, shall be resolved in the manner set forth below:" (Paragraph 15 of Exhibit "1" to the Complaint – Emphasis Added.)

Plaintiff has absolutely ignored this language. Further, Plaintiff disregarded the emphasized language in the agreement they authored in paragraph 15(g):

> "EACH PARTY UNDERSTANDS AND AGREES THAT (i) THIS AGREEMENT CONTAINS THE REQUIREMENT TO ARBITRATE WITH RESPECT TO ANY DISPUTE OR NEED OF

242-3777-0011

- 3 -

**REPLY BRIEF** IN SUPPORT OF DEFENDANTS RENEWED
MOTION TO DISMISS & COMPEL ARBITRATION

**INTERPRETATION OF THIS AGREEMENT; (ii) EACH PARTY WILL NOT BE ABLE TO BRING A LAWSUIT AGAINST THE OTHER PARTY; (iii) THERE SHALL BE NO AUTHORITY FOR ANY CLAIMS TO BE ARBTIRATED ON A CLASS ACTION OR PRIVATE ATTORNEY GENERAL BASIS; AND (iv) ARBITRATION CAN ONLY DECIDE THE PARTIES' CLAIMS AND MAY NOT CONSOLIDATE OR JOIN THE CLAIMS OF OTHER PERSONS THAT MAY HAVE SIMILAR CLAIMS."** (Emphasis in original.)

As Plaintiff has now agreed, arbitration should be ordered.

3. **PLAINTIFF'S INITIAL PROPOSAL IS NOT WHAT THEY HAVE CONSENTED TO NOW.**

Defendants initially sought stipulation on arbitration. Plaintiff refused and opposed the Motion to Compel Arbitration. During the pendency of the ruling, Plaintiff did propose to stipulate to arbitration on the condition that the fraud claims would remain in Federal Court. Defendants were not willing to agree to said condition as a result of the language listed below:

> **The Parties to this Agreement agree that All Disputed Claims, which shall include any dispute, controversy or claim that may arise between or among them in connection with, arising out of, or otherwise relating to this Agreement** or the application, implementation, validity or breach of this Agreement or any provision of this Agreement (including, without limitation, claims based on contract, tort or statute), shall be finally, conclusively and exclusively settled by binding arbitration in Phoenix, Arizona in accordance with the arbitration rules (the "Rules") of the National Arbitration Forum (NAF) or JAMS or any successor thereto then in effect. (Paragraph 15(a) of Exhibit "1" to the Complaint – Emphasis Added.)

1    As a result, the Renewed Motion to Dismiss and Compel Arbitration was filed. It
2 appears that Plaintiff has now waived this condition as they appear to be consenting to such an
3 order.

5  DATED:  February 11, 2020          **BAKER, KEENER & NAHRA, LLP**

6                                     By  */S/ PHILLIP A. BAKER*
                                          PHILLIP A. BAKER
7                                     BAKER, KEENER & NAHRA, LLP
                                      633 West 5th Street, Suite 5500
8                                     Los Angeles, California 90071
                                      Telephone: (213) 241-0900
9                                     Facsimile: (213) 241-0990

10                                    Attorneys for Defendants
                                      GIRARDI | KEESE, THOMAS V. GIRARDI and
11                                    ERIKA GIRARDI

13                                    **BEUS GILBERT, PLLC**

14                                    *By  /S/ PATRICK J. McGRODER III*
                                          PATRICK J. McGRODER III
                                      BEUS GLIBLERT, PLLC
15                                    701 N. 44th Street
                                      Phoenix, Arizona 85008
16                                    Telephone: (480) 429-3000
                                      Facsimile: (480) 429-3100

17
                                      Attorneys for Defendants
18                                    GIRARDI | KEESE, THOMAS V. GIRARDI and
                                      ERIKA GIRARDI

242-3777-0011

- 5 -

**REPLY BRIEF IN SUPPORT OF DEFENDANTS RENEWED
MOTION TO DISMISS & COMPEL ARBITRATION**

# CERTIFICATE OF SERVICE

***Stillwell Madison, LLC v. Girardi & Keese, et al.***
**USDC – Arizona (Phoenix), Case No.: CV-19-03563-PHX-SPL**

I hereby certify that on **February 11, 2020**, I electronically filed the attached document entitled: **REPLY BRIEF IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO DISMISS AND COMPEL ARBITRATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Laura E. Sixkiller, Esq.<br>Katherine L. Benveniste, Esq.<br>DLA Piper LLP (US)<br>2525 E. Camelback Road, Suite 1000<br>Phoenix, AZ 85016<br>laura.sixkiller@dlapiper.com<br>kate.benveniste@dlapiper.com | Counsel for Plaintiff |
| Patrick J. McGroder, III<br>BEAUS GILBERT PLLC<br>701 N. 44th Street<br>Phoenix, AZ 85008<br>P3@buesgilbert.com | Co-Counsel for Defendants |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

                                             */S/ PHILLIP A. BAKER*
                                             PHILLIP A. BAKER

242-3777-0011