IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Stillwell Madison LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Girardi & Keese, et al.,<br><br>    Defendants. | No. CV-19-03563-PHX-SPL<br><br>**ORDER** |

  Before the Court are Defendants' Renewed Motion to Dismiss and Compel Arbitration (Doc. 17) and Plaintiff's Notice of Consent to Arbitration and Request to Stay Proceedings (Doc. 19). For the following reasons, Defendants' request to compel arbitration will be denied as moot and Plaintiff's request to stay the current proceedings will be granted.

  This case arises from a loan agreement and personal guaranty executed by Plaintiff and Defendants. (Doc. 1) In the Motion to Dismiss, Defendants assert that Plaintiff is bound by the arbitration clause in the loan agreement. (Doc. 17 at 4-5) In response, Plaintiff asserts that the loan agreement was superseded by a second agreement of repayment and there was no arbitration clause included in the second agreement. (Docs. 11 at 1; 19 at 2) Notwithstanding Plaintiff's objections to the Motion to Dismiss, on February 6, 2020, Plaintiff filed the Notice of Consent to Arbitration and Request to Stay Proceedings. (Doc. 19) In the Notice, Plaintiff agrees to arbitrate the claims asserted in the Complaint. (Doc.

19 at 2) Plaintiff maintains that it is not conceding to the arguments in Defendants' Motion to Dismiss. (Doc. 19 at 2) Instead, Plaintiff states that it is choosing to arbitrate for the purpose of judicial economy. (Doc. 19 at 2)

Parties are free to agree to arbitration of their disputes even though they are not contractually compelled to do so. *See Schoenduve Corp. v. Lucent Tech., Inc.*, 442 F.3d 727, 732 (9th Cir. 2006) (citing *Executone Info. Sys., Inc. v. Davis*, 26 F.3d 1314, 1323 (5th Cir. 1994)). The Court finds that Plaintiff's consent to arbitration renders Defendants' request to compel arbitration moot. The Court further finds that staying this case is appropriate. *See MediVas, LLC v. Marubeni Corp.*, 741 F.3d 4, 9 (9th Cir. 2014) (explaining that the Ninth Circuit's preference is to stay an action pending arbitration rather than dismissing it). Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss and Compel Arbitration (Doc. 17) is **denied** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Notice of Consent to Arbitration and Request to Stay the Proceedings (Doc. 19) is **granted**. All proceedings are stayed until the completion of arbitration by the parties.

**IT IS FURTHER ORDERED** that the parties shall file a notice of arbitration with the Court including the scheduled date of the arbitration within **thirty (30) days** of the date of this Order.

Dated this 16th day of March, 2020.

Honorable Steven P. Logan
United States District Judge