Laura Sixkiller (Bar No. AZ-022014)
laura.sixkiller@us.dlapiper.com
Kate L. Benveniste (Bar No. AZ-027284)
kate.benveniste@us.dlapiper.com
David Onuschak (Bar No. AZ-033405)
david.onuschak@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Plaintiff*
*Stillwell Madison, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stillwell Madison, LLC, | CASE NO. CV-19-03563-PHX-SPL |
| Plaintiff, | **JOINT NOTICE OF ARBITRATION** |
| v. | |
| Girardi & Keese, et al. | |
| Defendants | |

Pursuant to the Court's order (Doc. 22), the parties hereby notify the Court that Plaintiff filed an arbitration demand with JAMS and served a copy of said demand on Defendants on April 10, 2020. As of the date of this notice, the arbitration hearing as not been set.

///

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: April 14, 2020 | **DLA PIPER LLP (US)** |
| 2 | | |
| 3 | | By: *s/ Kate L. Benveniste* |
| | | LAURA SIXKILLER |
| 4 | | laura.sixkiller@us.dlapiper.com |
| | | KATE L. BENVENISTE |
| 5 | | kate.benvensite@us.dlapiper.com |
| | | DAVID ONUSCHAK |
| 6 | | david.onuschak@us.dlapiper.com |
| 7 | | 2525 East Camelback Road, Suite 1000 |
| | | Phoenix, Arizona 85016-4232 |
| 8 | | Tel:  480.606.5100 |
| | | Fax: 480.606.5101 |
| 9 | | |
| 10 | | *Attorneys for Plaintiff* |
| | | *Stillwell Madison, LLC* |
| 11 | | |
| 12 | Dated: April 14, 2020 | **BAKER, KEENER & NAHRA, LLP** |
| 13 | | |
| 14 | | By: *s/ Phillip A. Baker (with permission)* |
| | | PHILLIP A. BAKER *(Admitted PHV)* |
| 15 | | pbaker@bknlawyers.com |
| | | 633 West 5th Street, Suite 5500 |
| 16 | | Los Angeles, California 90071 |
| 17 | | Tel: 213.241.0900 |
| | | Fax: 213.241.0990 |
| 18 | | |
| 19 | | *Attorneys for Defendants Girardi Keese,* |
| | | *Thomas V. Girardi, and Erika N. Girardi* |

DLA Piper LLP (US)
Phoenix, Arizona

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2020, I electronically filed the attached document with the Clerk's Office using the CM/ECF System, and a copy will be electronically served on CM/ECF registrants in this action.

Patrick J. McGroder III
BEUS GILBERT PLLC
701 North 44th Street
Phoenix, Arizona 85008
Tel:  480.429.3000
P3@beusgilbert.com

Phillip A. Baker
BAKER, KEENER & NAHRA, LLP
633 West 5th Street, Suite 5500
Los Angeles, California 90071
Tel:  213.241.0900
pbaker@bknlawyers.com

*Attorneys for Defendants Girardi Keese,
Thomas V. Girardi, and Erika N. Girardi*

*s/ Stephanie Havell*

DLA Piper LLP (US)
Phoenix, Arizona

-3-