Laura Sixkiller (Bar No. AZ-022014)
laura.sixkiller@us.dlapiper.com
Kate L. Benveniste (Bar No. AZ-027284)
kate.benveniste@us.dlapiper.com
David Onuschak (Bar No. AZ-033405)
david.onuschak@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel:  480.606.5100
Fax: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Plaintiff*
*Stillwell Madison, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stillwell Madison, LLC, | CASE NO. CV-19-03563-PHX-SPL |
| Plaintiff, | **JOINT NOTICE OF ARBITRATION HEARING DATE** |
| v. | |
| Girardi & Keese, et al. | |
| Defendants | |

Pursuant to the Court's order (Doc. 24), the parties hereby notify the Court that the arbitration hearing on the claims asserted in this action has been scheduled to take place August 24 and 25, 2020.

///

///

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: July 8, 2020 | **DLA PIPER LLP (US)** |
| 2 | | |
| 3 | | By: *s/ Kate L. Benveniste* |
| | | LAURA SIXKILLER |
| 4 | | laura.sixkiller@us.dlapiper.com |
| | | KATE L. BENVENISTE |
| 5 | | kate.benvensite@us.dlapiper.com |
| | | DAVID ONUSCHAK |
| 6 | | david.onuschak@us.dlapiper.com |
| | | 2525 East Camelback Road, Suite 1000 |
| 7 | | Phoenix, Arizona 85016-4232 |
| | | Tel:  480.606.5100 |
| 8 | | Fax: 480.606.5101 |
| 9 | | |
| 10 | | *Attorneys for Plaintiff* |
| | | *Stillwell Madison, LLC* |
| 11 | | |
| 12 | Dated: July 8, 2020 | **BAKER, KEENER & NAHRA, LLP** |
| 13 | | |
| 14 | | By: *s/ Phillip A. Baker (with permission)* |
| | | PHILLIP A. BAKER *(Admitted PHV)* |
| 15 | | pbaker@bknlawyers.com |
| | | 633 West 5th Street, Suite 5500 |
| 16 | | Los Angeles, California 90071 |
| | | Tel: 213.241.0900 |
| 17 | | Fax: 213.241.0990 |
| 18 | | |
| 19 | | *Attorneys for Defendants Girardi Keese,* |
| | | *Thomas V. Girardi, and Erika N. Girardi* |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2020, I electronically filed the attached document with the Clerk's Office using the CM/ECF System, and a copy will be electronically served on CM/ECF registrants in this action.

> Patrick J. McGroder III
> BEUS GILBERT PLLC
> 701 North 44th Street
> Phoenix, Arizona 85008
> Tel:  480.429.3000
> P3@beusgilbert.com
>
> Phillip A. Baker
> BAKER, KEENER & NAHRA, LLP
> 633 West 5th Street, Suite 5500
> Los Angeles, California 90071
> Tel:  213.241.0900
> pbaker@bknlawyers.com
>
> *Attorneys for Defendants Girardi Keese,*
> *Thomas V. Girardi, and Erika N. Girardi*

*s/ Stephanie Havell*

-3-