# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison LLC, | No. CV-19-03563-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Girardi & Keese, et al., | |
| Defendants. | |

On July 8, 2020, the parties filed a Joint Notice, informing the Court that the arbitration hearing in this case has been scheduled for August 24 and August 25, 2020 (Doc. 25).

**IT IS THEREFORE ORDERED** that the parties shall submit a joint status report within **seven (7) days** of the arbitrator issuing an award.

Dated this 8th day of July, 2020.

Honorable Steven P. Logan
United States District Judge