Laura Sixkiller (Bar No. AZ-022014)
laura.sixkiller@us.dlapiper.com
Kate L. Benveniste (Bar No. AZ-027284)
kate.benveniste@us.dlapiper.com
David Onuschak (Bar No. AZ-033405)
david.onuschak@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel:  480.606.5100
Fax: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Plaintiff*
*Stillwell Madison, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stillwell Madison, LLC, ) | CASE NO. CV-19-03563-PHX-SPL |
| ) | |
| Plaintiff, ) | **JOINT NOTICE OF RE-SET** |
| ) | **ARBITRATION HEARING DATE** |
| v. ) | |
| ) | |
| Girardi & Keese, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Pursuant to the Court's order (Doc. 24), and following the Joint Notice of Arbitration Hearing Date filed the parties (Doc. 25), the parties hereby notify the Court that the arbitration hearing on the claims asserted in this action has been re-set to take place October 12 and 13, 2020.

///

///

///

///

///

///

1  Dated: September 3, 2020                **DLA PIPER LLP (US)**

2

3                                          By: *s/ Kate L. Benveniste*
                                               LAURA SIXKILLER
4                                              laura.sixkiller@us.dlapiper.com
                                               KATE L. BENVENISTE
5                                              kate.benvensite@us.dlapiper.com
                                               DAVID ONUSCHAK
6                                              david.onuschak@us.dlapiper.com
                                               2525 East Camelback Road, Suite 1000
7                                              Phoenix, Arizona 85016-4232
                                               Tel:  480.606.5100
8                                              Fax: 480.606.5101

9
                                               *Attorneys for Plaintiff*
10                                             *Stillwell Madison, LLC*

11

12 Dated: September 3, 2020                **BAKER, KEENER & NAHRA, LLP**

13

14                                         By: *s/ Phillip A. Baker (with permission)*
                                               PHILLIP A. BAKER *(Admitted PHV)*
15                                             pbaker@bknlawyers.com
                                               633 West 5th Street, Suite 5500
16                                             Los Angeles, California 90071
                                               Tel: 213.241.0900
17                                             Fax: 213.241.0990

18
                                               *Attorneys for Defendants Girardi Keese,*
19                                             *Thomas V. Girardi, and Erika N. Girardi*

20

21

22

23

24

25

26

27

28

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2020, I electronically filed the attached document with the Clerk's Office using the CM/ECF System, and a copy will be electronically served on CM/ECF registrants in this action.

Patrick J. McGroder III
BEUS GILBERT PLLC
701 North 44th Street
Phoenix, Arizona 85008
Tel: 480.429.3000
P3@beusgilbert.com

Phillip A. Baker
BAKER, KEENER & NAHRA, LLP
633 West 5th Street, Suite 5500
Los Angeles, California 90071
Tel: 213.241.0900
pbaker@bknlawyers.com

*Attorneys for Defendants Girardi Keese, Thomas V. Girardi, and Erika N. Girardi*

*s/ Stephanie Havell*