Laura Sixkiller (Bar No. AZ-022014)
laura.sixkiller@us.dlapiper.com
Kate L. Benveniste (Bar No. AZ-027284)
kate.benveniste@us.dlapiper.com
David Onuschak (Bar No. AZ-033405)
david.onuschak@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel:  480.606.5100
Fax: 480.606.5101
DLAPHX@us.dlapiper.com

*Attorneys for Plaintiff*
*Stillwell Madison, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stillwell Madison, LLC, | CASE NO. CV-19-03563-PHX-SPL |
| Plaintiff, | **NOTICE OF VACATION OF ARBITRATION HEARING** |
| v. | |
| Girardi & Keese, et al. | |
| Defendants. | |

Pursuant to the Court's order (Doc. 24), Plaintiff notifies the Court that the arbitration hearing on the claims asserted in this action previously set to take place in October 2020 has been vacated due to Defendants' non-payment of the required JAMS arbitration fees.

///

///

///

///

///

///

///

///

Dated: October 2, 2020          **DLA PIPER LLP (US)**

By: *s/ Kate L. Benveniste*
    LAURA SIXKILLER
    laura.sixkiller@us.dlapiper.com
    KATE L. BENVENISTE
    kate.benvensite@us.dlapiper.com
    DAVID ONUSCHAK
    david.onuschak@us.dlapiper.com
    2525 East Camelback Road, Suite 1000
    Phoenix, Arizona 85016-4232
    Tel: 480.606.5100
    Fax: 480.606.5101

*Attorneys for Plaintiff*
*Stillwell Madison, LLC*

DLA Piper LLP (US)
Phoenix, Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2020, I electronically filed the attached document with the Clerk's Office using the CM/ECF System, and a copy will be electronically served on CM/ECF registrants in this action.

Patrick J. McGroder III
BEUS GILBERT PLLC
701 North 44th Street
Phoenix, Arizona 85008
Tel:  480.429.3000
P3@beusgilbert.com

Phillip A. Baker
BAKER, KEENER & NAHRA, LLP
633 West 5th Street, Suite 5500
Los Angeles, California 90071
Tel:  213.241.0900
pbaker@bknlawyers.com

*Attorneys for Defendants Girardi Keese,
Thomas V. Girardi, and Erika N. Girardi*

*s/ Stephanie Havell*