IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison LLC, | No. CV-19-03563-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Girardi & Keese, et al., | |
| Defendants. | |

On March 16, 2020, the Court granted Plaintiff's Notice of Consent to Arbitration and Request to Stay the Proceedings (Doc. 22). When the Court was notified of an arbitration date, the Court instructed the parties to file a joint status report within seven days of the arbitrator issuing an award (Doc. 26). On October 2, 2020, Plaintiff filed a Notice informing the Court that the arbitration was vacated due to Defendants' failure to pay the required arbitration fees.

**IT IS THEREFORE ORDERED** that the parties shall file a joint status report no later than **October 14, 2020**.

Dated this 7th day of October, 2020.

Honorable Steven P. Logan
United States District Judge