Laura Sixkiller (Bar No. AZ-022014)
laura.sixkiller@us.dlapiper.com
Kate L. Benveniste (Bar No. AZ-027284)
kate.benveniste@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel:  480.606.5100
Fax: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Plaintiff*
*Stillwell Madison, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Girardi & Keese, et al.<br><br>    Defendants. | CASE NO. CV-19-03563-PHX-SPL<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's order (Doc. 29), the parties submit the following joint status report.

On October 2, 2020, Plaintiff filed a notice informing the Court that the arbitration hearing in this matter was vacated due to Defendants' failure to pay the required arbitration fees. (Doc. 28.) As of the date of this status report, Defendants have still not paid the required arbitration fees and the arbitration hearing has not been reset.

Plaintiff is currently exploring options available through JAMS and its administrative procedures to obtain relief. To the extent an arbitration award is ultimately issued, Plaintiff will seek confirmation of the award. Plaintiff otherwise reserves the right to have its claims heard in this Court. *Sink v. Aden Enters., Inc.*, 352 F.3d 1197, 1201 (9th Cir. 2003) ("Aden's failure to pay required costs of arbitration was a material breach of its obligations in

connection with the arbitration.  Aden had a fair chance to proceed with arbitration, but Aden scuttled that prospect by its non-payment of costs, impeding the arbitration to the point where the arbitrator cancelled the arbitration and declared Aden in default.  In these circumstances, we hold that § 4 of the FAA does not compel a district court to return the parties once more to arbitration.").

      Defendants' position is that Plaintiff has raised this issue with the arbitrator, Hon. Candace Cooper (Ret.).  However, the JAMS Comprehensive Arbitration Rules and Procedures control, namely. JAMS 6(c) which states:

> If, at any time, any Party has failed to pay fees or expenses in full, JAMS may order the suspension or termination of proceedings.  JAMS may so inform the Parties in order that one of them may advance the required payment.  If one Party advances the payment owed by a non-paying Party, the Arbitration shall proceed, and the Arbitrator may allocate the non-paying Party's share of such costs, in accordance with Rules 24(f) and 31(c).  An administrative suspension shall toll any other time limits contained in these Rules or the Parties' Agreement.

To date, Plaintiff has not elected to proceed pursuant to JAMS 6(c).

      Plaintiff proposes submitting a further status report in thirty (30) days.

Dated: October 14, 2020        **DLA PIPER LLP (US)**

By: *s/ Kate L. Benveniste*
    LAURA SIXKILLER
    laura.sixkiller@us.dlapiper.com
    KATE L. BENVENISTE
    kate.benvensite@us.dlapiper.com
    2525 East Camelback Road, Suite 1000
    Phoenix, Arizona 85016-4232
    Tel:  480.606.5100
    Fax: 480.606.5101

    *Attorneys for Plaintiff*
    *Stillwell Madison, LLC*

| | | |
|---|---|---|
| 1 | Dated: October 14, 2020 | **BAKER, KEENER & NAHRA, LLP** |
| 2 | | |
| 3 | | By: *s/ Phillip A. Baker (with permission)* |
| | | PHILLIP A. BAKER *(Admitted PHV)* |
| 4 | | pbaker@bknlawyers.com |
| | | 633 West 5th Street, Suite 5500 |
| 5 | | Los Angeles, California 90071 |
| | | Tel: 213.241.0900 |
| 6 | | Fax: 213.241.0990 |

*Attorneys for Defendants Girardi Keese, Thomas V. Girardi, and Erika N. Girardi*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2020, I electronically filed the attached document with the Clerk's Office using the CM/ECF System, and a copy will be electronically served on CM/ECF registrants in this action.

Patrick J. McGroder III
BEUS GILBERT PLLC
701 North 44th Street
Phoenix, Arizona 85008
Tel: 480.429.3000
P3@beusgilbert.com

Phillip A. Baker
BAKER, KEENER & NAHRA, LLP
633 West 5th Street, Suite 5500
Los Angeles, California 90071
Tel: 213.241.0900
pbaker@bknlawyers.com

*Attorneys for Defendants Girardi Keese, Thomas V. Girardi, and Erika N. Girardi*

*s/ Stephanie Havell*