Laura Sixkiller (Bar No. AZ-022014)
laura.sixkiller@us.dlapiper.com
Kate L. Benveniste (Bar No. AZ-027284)
kate.benveniste@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel:  480.606.5100
Fax: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Plaintiff*
*Stillwell Madison, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stillwell Madison, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Girardi & Keese, et al. <br><br> Defendants. | CASE NO. CV-19-03563-PHX-SPL <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's order (Doc. 31), the parties submit the following joint status report.

Plaintiff filed a motion for issue sanctions against Defendants in the JAMS arbitration proceeding on October 26, 2020 as a result of Defendants' failure to comply with certain of the Arbitrator's orders (the "Sanctions Motion").  The Sanctions Motion is set to be heard by the Arbitrator, Judge Candice Cooper (Ret.), on November 18, 2020.  Plaintiff anticipates an order will be entered on the Sanctions Motion soon after November 18.  Plaintiff therefore asks this court to set a telephonic status conference on or after November 30, 2020.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: November 16, 2020 | **DLA PIPER LLP (US)** |

By: *s/ Kate L. Benveniste*
    LAURA SIXKILLER
    laura.sixkiller@us.dlapiper.com
    KATE L. BENVENISTE
    kate.benvensite@us.dlapiper.com
    2525 East Camelback Road, Suite 1000
    Phoenix, Arizona 85016-4232
    Tel:  480.606.5100
    Fax: 480.606.5101

*Attorneys for Plaintiff*
*Stillwell Madison, LLC*

Dated: November 16, 2020   **BAKER, KEENER & NAHRA, LLP**

By: *s/ Phillip A. Baker (with permission)*
    PHILLIP A. BAKER *(Admitted PHV)*
    pbaker@bknlawyers.com
    633 West 5th Street, Suite 5500
    Los Angeles, California 90071
    Tel: 213.241.0900
    Fax: 213.241.0990

*Attorneys for Defendants Girardi Keese,*
*Thomas V. Girardi, and Erika N. Girardi*

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, I electronically filed the attached document with the Clerk's Office using the CM/ECF System, and a copy will be electronically served on CM/ECF registrants in this action.

Patrick J. McGroder III
BEUS GILBERT PLLC
701 North 44th Street
Phoenix, Arizona 85008
Tel:  480.429.3000
P3@beusgilbert.com

Phillip A. Baker
BAKER, KEENER & NAHRA, LLP
633 West 5th Street, Suite 5500
Los Angeles, California 90071
Tel:  213.241.0900
pbaker@bknlawyers.com

*Attorneys for Defendants Girardi Keese, Thomas V. Girardi, and Erika N. Girardi*

                                        *s/ Stephanie Havell*