IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison LLC,<br><br>          Plaintiff,<br>vs.<br><br>Girardi & Keese et al.,<br><br>          Defendants. | No.  CV-19-03563-PHX-SPL<br><br>**ORDER** |

    The Court having reviewed the parties' Joint Status Report (Doc. 32),

    **IT IS ORDERED** that counsel shall file a joint status report no later than **December 2, 2020**, or within **fourteen (14) days** of the date of the arbitrator's decision, whichever is earlier. The report must explain the next steps in this case to the Court.

    **IT IS FURTHER ORDERED** that this Court will revisit the parties' request for a status conference upon review of the status report.

    Dated this 16th day of November, 2020.

Honorable Steven P. Logan<br>
United States District Judge