IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison LLC, | No. CV-19-03563-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Girardi & Keese et al., | |
| Defendants. | |

The Court having reviewed the parties' Joint Status Report (Doc. 34),

**IT IS ORDERED** that counsel shall file a joint status report no later than **December 18, 2020**. The report must explain the next steps in this case to the Court.

**IT IS FURTHER ORDERED** that this Court will revisit the parties' request for a status conference (Doc. 32) upon review of the status report.

Dated this 3rd day of December, 2020.

Honorable Steven P. Logan
United States District Judge