Laura Sixkiller (Bar No. AZ-022014)
laura.sixkiller@us.dlapiper.com
Kate L. Benveniste (Bar No. AZ-027284)
kate.benveniste@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel:  480.606.5100
Fax: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Plaintiff*
*Stillwell Madison, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison, LLC, | CASE NO. CV-19-03563-PHX-SPL |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| Girardi & Keese, et al. | |
| Defendants. | |

Pursuant to the Court's order (Doc. 35), the parties submit the following joint status report.

1. On December 14, 2020, Judge Durkin of the U.S. District Court for the Northern District of Illinois held Thomas V. Girardi and Girardi Keese (together, "Defendants") in civil contempt and froze Defendants' assets. *Chandra et al. v. Boeing Int'l Sales Corp.*, No 1:18-cv-07686 (the "Lion Air Case"), Docs. 848-849; *see also* Lion Air Case Doc. 879.

2. Judge Durkin further indicated his intent to appoint a trustee over Girardi Keese. *Id.* at Doc. 848.

3. On December 16, 2020, a creditor of Defendants' informed Judge Durkin during a subsequent hearing that involuntary bankruptcy petitions are being prepared against Defendants and are expected to be filed imminently. *See* Lion Air Case, Doc. 879.

4. On December 17, 2020, an emergency status conference was held among the parties hereto before Justice Cooper, the arbitrator in the JAMS arbitration appointed to hear the claims asserted in this action.

5. Justice Cooper indicated her intent to issue evidentiary sanctions as a result of Defendants' disclosure violations and schedule a final arbitration hearing, subject to the filing of any bankruptcy petitions. Justice Cooper therefore ordered Plaintiff Stillwell Madison, LLC to submit a proposed order as to the sanctions to be imposed.

6. In accordance with Justice Cooper's order, Plaintiff submitted a proposed order on December 17, 2020. Defendants' objections to that proposed order, if any, are due by December 21, 2020.

7. In the event a bankruptcy petition is filed, Plaintiff Stillwell Madison, LLC intends to seek relief from any associated stay in order to bring this case to resolution.

Dated: December 18, 2020     **DLA PIPER LLP (US)**

By: *s/ Kate L. Benveniste*
LAURA SIXKILLER
laura.sixkiller@us.dlapiper.com
KATE L. BENVENISTE
kate.benvensite@us.dlapiper.com
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101

*Attorneys for Plaintiff
Stillwell Madison, LLC*

Dated: December 18, 2020     **BAKER, KEENER & NAHRA, LLP**

By: *s/ Phillip A. Baker (with permission)*
PHILLIP A. BAKER *(Admitted PHV)*
pbaker@bknlawyers.com
633 West 5th Street, Suite 5500
Los Angeles, California 90071
Tel: 213.241.0900
Fax: 213.241.0990

*Attorneys for Defendants Girardi Keese,
Thomas V. Girardi, and Erika N. Girardi*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2020, I electronically filed the attached document with the Clerk's Office using the CM/ECF System, and a copy will be electronically served on CM/ECF registrants in this action.

Patrick J. McGroder III
BEUS GILBERT PLLC
701 North 44th Street
Phoenix, Arizona 85008
Tel:  480.429.3000
P3@beusgilbert.com

Phillip A. Baker
BAKER, KEENER & NAHRA, LLP
633 West 5th Street, Suite 5500
Los Angeles, California 90071
Tel:  213.241.0900
pbaker@bknlawyers.com

*Attorneys for Defendants Girardi Keese, Thomas V. Girardi, and Erika N. Girardi*

s/ Stephanie Havell

-4-

DLA Piper LLP (US)
Phoenix, Arizona