1 | PHILLIP A. BAKER, CA BAR ID #169571 (Admitted Pro Hac Vice 9-11-19)
pbaker@bknlawyers.com
2 | BAKER, KEENER & NAHRA, LLP
633 West 5th Street
3 | Suite 5500
Los Angeles, California 90071
4 | Telephone: (213) 241-0900
Facsimile: (213) 241-0990

Attorneys for Defendants
GIRARDI | KEESE
THOMAS V. GIRARDI
ERIKA N. GIRARDI

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>Girardi & Keese, a California general partnership d/b/a Girardi/Keese, Thomas V. Girardi, and Erika N. Girardi, husband and wife,<br><br>    Defendants. | Case No.: 2:19-CV-03563-PHX-SPL<br><br>Complaint filed:        05-24-2019<br><br>**NOTICE OF FILING BANKRUPTCY**<br><br><br><br>**JUDGE: HON. STEVEN P. LOGAN** |

On behalf of GIRARDI | KEESE and THOMAS GIRARDI, the current action is stayed as a result of an automatic stay caused by a filing of involuntary bankruptcy in the United States Bankruptcy Court, Central District of California (Los Angeles), served herewith as Exhibit "A.".

DATED: December 21, 2020            BAKER, KEENER & NAHRA, LLP

By  /S/ PHILLIP A. BAKER
        PHILLIP A. BAKER
BAKER, KEENER & NAHRA, LLP
633 West 5th Street, Suite 5500
Los Angeles, California 90071
Telephone: (213) 241-0900
Facsimile: (213) 241-0990

Attorneys for Defendants
GIRARDI | KEESE, THOMAS V. GIRARDI and
ERIKA N. GIRARDI

242-3777-0011

- 1 -

**NOTICE OF FILING BANKRUPTCY**

# CERTIFICATE OF SERVICE

**<u>Stillwell Madison, LLC v. Girardi & Keese, et al.</u>**
USDC – Arizona (Phoenix), Case No.: 2:19-CV-03563-PHX-SPL

I hereby certify that on **December 21, 2020**, I electronically filed the attached document entitled: **NOTICE OF FILING BANKRUPTCY** with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Laura E. Sixkiller, Esq.<br>Katherine L. Benveniste, Esq.<br>DLA Piper LLP (US)<br>2525 E. Camelback Road, Suite 1000<br>Phoenix, AZ 85016<br>laura.sixkiller@dlapiper.com<br>kate.benveniste@dlapiper.com | Counsel for Plaintiff |
| Patrick J. McGroder, III<br>BEAUS GILBERT PLLC<br>701 N. 44th Street<br>Phoenix, AZ 85008<br>P3@buesgilbert.com | Co-Counsel for Defendants |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

                                                 */S/ PHILLIP A. BAKER*
                                                 PHILLIP A. BAKER