IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Girardi & Keese, et al.,<br><br>    Defendants. | No. CV-19-03563-PHX-SPL<br><br>**ORDER** |

On April 7, 2021, Plaintiff filed a Motion to Continue Stay (Doc. 39) pending resolution of the claims against Defendants in the U.S. Bankruptcy Court for the Central District of California. *See In re Thomas Vincent Girardi*, 2:20-bk-21020-BR ("Girardi Action"); *In re Girardi Keese*, 2:20-bk-21022-BR ("GK Action"). Pursuant to the motion, the § 341(a) meeting of creditors has been continued to May 18, 2021 in the GK Action and to June 18, 2021 in the Girardi Action. In addition, the court in the GK Action has extended the deadline for the trustee to file the schedules and statement of affairs by August 24, 2021, and no proof of claim deadline has been set in either action. In light of those proceedings, Plaintiff does not anticipate its claims will be resolved before December 1, 2021, and as a result, requests a continuance of the stay until that time. Good cause appearing,

  **IT IS ORDERED** that the Motion to Continue Stay (Doc. 39) is **granted**.

  **IT IS FURTHER ORDERED** that this action is stayed but shall be dismissed

without further notice on **December 1, 2021**, unless prior thereto, a motion to continue the stay is filed or the Court is advised that the bankruptcy stay has been lifted and counsel are ready to proceed with this case.

        Dated this 19th day of April, 2021.

Honorable Steven P. Logan
United States District Judge