IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Stillwell Madison LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>Girardi & Keese, et al.,<br><br>                Defendants. | No. CV-19-03563-PHX-SPL<br><br>**ORDER** |

On December, 2021, Plaintiff filed a Motion to Continue Stay (Doc. 41) pending resolution of the claims against Defendants in the U.S. Bankruptcy Court for the Central District of California. *See In re Thomas Vincent Girardi*, 2:20-bk-21020-BR ("Girardi Action"); *In re Girardi Keese*, 2:20-bk-21022-BR ("GK Action"). Pursuant to the motion, the claims bar date in the GK Action is currently set for January 21, 2022, and the claims bar date in the Girardi Action is currently set for February 22, 2022. In light of those proceedings, Plaintiff does not anticipate its claims will be resolved before April 1, 2022, and as a result, requests a continuance of the stay until that time. Good cause appearing,

**IT IS ORDERED** that the Motion to Continue Stay (Doc. 41) is **granted**.

///

///

///

///

1
2
3
4       **IT IS FURTHER ORDERED** that this action is stayed but may be dismissed without further notice on **April 1, 2022**, unless prior thereto, a motion to continue the stay is filed or the Court is advised that the bankruptcy stay has been lifted and counsel are ready to proceed with this case.

      Dated this 2nd day of December, 2021.

                                              Honorable Steven P. Logan
                                              United States District Judge