IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison LLC,<br><br>                   Plaintiff,<br><br>vs.<br><br>Girardi & Keese, et al.,<br><br>                   Defendants. | No. CV-19-03563-PHX-SPL<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Continue Stay (Doc. 43) pending resolution of the claims against Defendants in the U.S. Bankruptcy Court for the Central District of California. *See In re Thomas Vincent Girardi*, 2:20-bk-21020-BR ("Girardi Action"); *In re Girardi Keese*, 2:20-bk-21022-BR ("GK Action"). Plaintiff states that it has filed its proof of claims, but in light of the complexity of the case, cannot predict when those claims will be resolved. Good cause appearing,

**IT IS ORDERED** that the Motion to Continue Stay (Doc. 43) is **granted**.

///
///
///
///
///
///

**IT IS FURTHER ORDERED** that this action is stayed but may be dismissed without further notice on **August 31, 2022**, unless prior thereto, a motion to continue the stay is filed or the Court is advised that the bankruptcy stay has been lifted and counsel are ready to proceed with this case.

Dated this 5th day of April, 2022.

Honorable Steven P. Logan
United States District Judge