Laura Sixkiller, SBN 022014
laura.sixkiller@gtlaw.com
Kate L. Benveniste, SBN 027284
kate.benveniste@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Tel: (602) 445-8000
Fax: (602) 445-8100

*Attorneys for Plaintiff Stillwell Madison, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison, LLC, | Case No. 2:19-cv-03563-SPL |
| Plaintiff, | **MOTION TO CONTINUE STAY** |
| v. | |
| Girardi & Keese, et al., | |
| Defendants. | |

Plaintiff Stillwell Madison, LLC ("Stillwell") respectfully moves the Court to continue the stay of this action until March 29, 2024, unless Stillwell earlier files a notice that a stay is no longer needed or a stipulation for dismissal.

Stillwell seeks this continuation pending the disposition of its claims against Defendants Girardi & Keese in and Thomas V. Girardi (together, "Debtors") in the U.S. Bankruptcy Court for the Central District of California.[1] Both Debtors' bankruptcy actions are ongoing and Stillwell's proofs of claim are pending. Although the Central District of California Bankruptcy Court recently overruled most of the Chapter 7 Trustee's objections to Stillwell's claim in *In re Girardi Keese*, case no. 2:20-bk-21022-BR, the Trustee has since filed a motion for interlocutory appeal of that order, which also

---

[1] The bankruptcy actions are captioned *In re Girardi Keese*, case no. 2:20-bk-21022-BR and *In re Thomas Vincent Girardi*, case no 2:20-bk-21020-BR.

remains pending.

In the event the Trustee's motion is granted, a stay until at least March 29, 2024 is necessary to allow time for resolution of her appeal. A proposed form of order extending the stay as requested herein is being lodged simultaneously herewith.

DATED this 29th the day of September 2023.

GREENBERG TRAURIG, LLP

By: */s/ Kate L. Benveniste*
    Laura Sixkiller
    Kate L. Benveniste

*Attorneys for Plaintiff Stillwell Madison, LLC*
