Laura Sixkiller, SBN 022014
laura.sixkiller@gtlaw.com
Kate L. Benveniste, SBN 027284
kate.benveniste@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 800
Phoenix, AZ  85016
Tel: (602) 445-8000
Fax: (602) 445-8100

*Attorneys for Plaintiff Stillwell Madison, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Stillwell Madison, LLC, | Case No. 2:19-cv-03563-SPL |
| Plaintiff, | **MOTION TO CONTINUE STAY** |
| v. | |
| Girardi & Keese, et al., | |
| Defendants. | |

Plaintiff Stillwell Madison, LLC ("Stillwell") respectfully moves the Court to continue the stay of this action as to all defendants *except* Girardi & Keese until September 27, 2024, unless Stillwell earlier files a notice that a stay is no longer needed or a stipulation for dismissal.

Stillwell's claims against Girardi & Keese only were recently resolved in the U.S. Bankruptcy Court for the Central District of California (the "Bankruptcy Court").[1] Stillwell's proof of claim against Thomas V. Girardi, however, remains pending.[2] The Trustee in Mr. Girardi's individual bankruptcy reported to the Bankruptcy Court on March 13, 2024, that at least six avoidance actions (none of which are against Stillwell) remain pending.

---

[1] *In re Girardi Keese*, case no. 2:20-bk-21022-BR.

[2] *In re Thomas Vincent Girardi*, case no 2:20-bk-21020-BR.

A stay until at least September 27, 2024, is necessary to allow time for resolution these avoidance actions before Stillwell's proof of claim may be resolved. A proposed form of order extending the stay as requested herein is being lodged simultaneously herewith.

Respectfully submitted this 28th day of March 2024.

> GREENBERG TRAURIG, LLP
>
> By: */s/ Kate L. Benveniste*
>     Laura Sixkiller
>     Kate L. Benveniste
>
> *Attorneys for Plaintiff Stillwell Madison, LLC*